# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| In re: DULANEY, RUSSELL JAMES, III | § Case No. 13-83014 |
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of The U S Bankruptcy Court
327 S Church Street, Room 1100
Rockford IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 04/28/2014 in Courtroom 3100, United States Courthouse, 327 S Church Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  04/02/2014          By:  /s/BERNARD J. NATALE
                                      Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: DULANEY, RUSSELL JAMES, III § Case No. 13-83014
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $  12,000.00 |
| *and approved disbursements of* | $   1,806.88 |
| *leaving a balance on hand of*  [1] | $  10,193.12 |
| **Balance on hand:** | $  10,193.12 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $  0.00 |
| Remaining balance: | $  10,193.12 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 1,950.00 | 0.00 | 1,950.00 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 1,675.00 | 0.00 | 1,675.00 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 25.86 | 0.00 | 25.86 |
| Auctioneer Fees - ACTION AUCTIONEERING | 1,440.00 | 1,440.00 | 0.00 |
| Auctioneer Expenses - ACTION AUCTIONEERING | 309.33 | 309.33 | 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $  3,650.86 |
| Remaining balance: | $  6,542.26 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

    Total to be paid for prior chapter administrative expenses: $    0.00
    Remaining balance: $    6,542.26

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

    Total to be paid for priority claims: $    0.00
    Remaining balance: $    6,542.26

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 11,572.06 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 56.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 3,701.44 | 0.00 | 2,092.61 |
| 2 | Capital Recovery V, LLC | 2,038.42 | 0.00 | 1,152.42 |
| 3 | eCAST Settlement Corporation, Assignee | 5,832.20 | 0.00 | 3,297.23 |

    Total to be paid for timely general unsecured claims: $    6,542.26
    Remaining balance: $    0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Prepared By: /s/BERNARD J. NATALE
Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 13-83014-TML
Russell James Dulaney, III                                                Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-3          User: cshabez            Page 1 of 1            Date Rcvd: Apr 03, 2014
                              Form ID: pdf006          Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2014.
```
db         +Russell James Dulaney, III,    10440 Monarch Rd #2,    Roscoe, IL 61073-8845
21068887   +BSA/The Software Alliance,    c/o Warner Law Group LLC,    2281 Pointe Place,
             Cincinnati, OH 45244-2999
20932516   +Capital One Bank (USA) NA,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
20932515   +Capital One Bank (USA) NA,    c/o Freedman Anselmo Lindberg LLC,    1771 W. Diehl Rd #150,
             P.O. Box 3228,    Naperville, IL 60566-3228
21176055    Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
20932517   +Chase Card Services,    P.O. Box 15298,    Wilmington, DE 19850-5298
20932518   +Chase Card Services,    c/o ARD National Services Inc,    P.O. Box 463023,
             Escondido, CA 92046-3023
20932520   +Citi Card,   P.O. Box 142319,    Irving, TX 75014-2319
20932522   +Citi Cards,    c/o Northland Group,    P.o. Box 390905,    Minneapolis, MN 55439-0905
20932523   +Dickerson Rentals, landlord,    6277 E. Riverside Blvd.,    Loves Park, IL 61114-4420
20932524   +Exxon Mobil,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
20932525   +Flexplus / GECRB,    P.O. Box 965005,    Orlando, FL 32896-5005
20932526   +Gloria Horstman,    10440 Monarch Road #2,    Roscoe, IL 61073-8845
20932528   +Rosalind Andrews,    982 Hawthorne Court,    Crystal Lake, IL 60014-8393
21370475    eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
             New York, NY 10087-9262
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21368976    E-mail/PDF: rmscedi@recoverycorp.com Apr 04 2014 00:26:47      Capital Recovery V, LLC,
             c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
20932527   +E-mail/PDF: gecsedi@recoverycorp.com Apr 04 2014 00:26:19      JC Penny / GECRB,    P.O. Box 965007,
             Orlando, FL 32896-5007
                                                                                              TOTAL: 2

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20932521     Citi Cards
20932519*   +Chase Card Services,    P.O. Box 15298,    Wilmington, DE 19850-5298
                                                                                  TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2014                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2014 at the address(es) listed below:
```
              Bernard J Natale    on behalf of Trustee Bernard J Natale natalelaw@bjnatalelaw.com
              Bernard J Natale    on behalf of Auctioneer Terry  Firch natalelaw@bjnatalelaw.com
              Bernard J Natale    natalelaw@bjnatalelaw.com, IL42@ecfcbis.com
              Gary C Flanders    on behalf of Debtor Russell James Dulaney, III garyflanders@sbcglobal.net
              Meghan N Bolte    on behalf of Trustee Bernard J Natale mmagnuson@bjnatalelaw.com,
               mbolte@bjnatalelaw.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                             TOTAL: 6
```