# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re: DULANEY, RUSSELL JAMES, III                     §   Case No. 13-83014
                                                       §
                                                       §
_____ Debtor(s)             §   _____

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $12,410.00                    Assets Exempt: $6,950.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $6,542.26      Claims Discharged
                                                Without Payment: $37,446.80

Total Expenses of Administration: $5,457.74

---

3) Total gross receipts of $ 12,000.00 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $12,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4** ) | 0.00 | 5,457.74 | 5,457.74 | 5,457.74 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5** ) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6** ) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 43,750.00 | 11,572.06 | 11,572.06 | 6,542.26 |
| **TOTAL DISBURSEMENTS** | $43,750.00 | $17,029.80 | $17,029.80 | $12,000.00 |

4)  This case was originally filed under Chapter 7 on August 29, 2013. The case was pending for 10 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as  **Exhibit 8** .  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/01/2014          By: /s/BERNARD J. NATALE
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1968 Plymouth Belvidere | 1129-000 | 12,000.00 |
| **TOTAL GROSS RECEIPTS** | | $12,000.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 25.86 | 25.86 | 25.86 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 1,675.00 | 1,675.00 | 1,675.00 |
| ACTION AUCTIONEERING | 3610-000 | N/A | 1,440.00 | 1,440.00 | 1,440.00 |
| BERNARD J. NATALE | 2100-000 | N/A | 1,950.00 | 1,950.00 | 1,950.00 |
| ACTION AUCTIONEERING | 3620-000 | N/A | 309.33 | 309.33 | 309.33 |

**UST Form 101-7-TDR (10/1/2010)**

| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 18.41 | 18.41 | 18.41 |
| Rabobank, N.A. | 2600-000 | N/A | 15.32 | 15.32 | 15.32 |
| Rabobank, N.A. | 2600-000 | N/A | 13.82 | 13.82 | 13.82 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $5,457.74 | $5,457.74 | $5,457.74 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 7100-000 | 3,463.00 | 3,701.44 | 3,701.44 | 2,092.61 |
| 2 | Capital Recovery V, LLC | 7100-000 | 2,038.00 | 2,038.42 | 2,038.42 | 1,152.42 |
| 3 | eCAST Settlement Corporation, Assignee | 7100-000 | 5,832.00 | 5,832.20 | 5,832.20 | 3,297.23 |
| NOTFILED | Flexplus / GECRB | 7100-000 | 16,637.00 | N/A | N/A | 0.00 |
| NOTFILED | Rosalind Andrews | 7100-000 | 1,200.00 | N/A | N/A | 0.00 |
| NOTFILED | Exxon Mobil | 7100-000 | 266.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Card Services | 7100-000 | 6,200.00 | N/A | N/A | 0.00 |
| NOTFILED | Citi Cards | 7100-000 | 8,114.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $43,750.00 | $11,572.06 | $11,572.06 | $6,542.26 |

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| | |
|---|---|
| **Case Number:** 13-83014 | **Trustee:** (330370)  BERNARD J. NATALE |
| **Case Name:** DULANEY, RUSSELL JAMES, III | **Filed (f) or Converted (c):** 08/29/13 (f) |
| | **§341(a) Meeting Date:** 09/30/13 |
| **Period Ending:** 07/01/14 | **Claims Bar Date:** 01/06/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property)  Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  cash on hand | 100.00 | 0.00 | | 0.00 | FA |
| 2  Paypal - debit account | 30.00 | 0.00 | | 0.00 | FA |
| 3  Harris Bank-Business Checking | 500.00 | 500.00 | | 0.00 | FA |
| 4  checking Harris Bank | 1,500.00 | 1,430.00 | | 0.00 | FA |
| 5  Security deposit | 1,150.00 | 0.00 | | 0.00 | FA |
| 6  2 beds, 5 chests, futon, chair, 2 TVs, VCR, DVD | 1,300.00 | 363.00 | | 0.00 | FA |
| 7  stamp collection | 40.00 | 0.00 | | 0.00 | FA |
| 8  Debtor's clothing,with estimated retail value of | 200.00 | 0.00 | | 0.00 | FA |
| 9  jewelry, with estimated retail value of $200 | 100.00 | 0.00 | | 0.00 | FA |
| 10  Firearm, with estimated retail value of $300 | 250.00 | 0.00 | | 0.00 | FA |
| 11  Firearm, with estimated retail value of $800 | 600.00 | 0.00 | | 0.00 | FA |
| 12  bicycle, with estimated retail value of $80 | 40.00 | 0.00 | | 0.00 | FA |
| 13  exercise equipment, with estimated retail value | 200.00 | 0.00 | | 0.00 | FA |
| 14  camera, with estimated retail value of $100 | 50.00 | 0.00 | | 0.00 | FA |
| 15  Dulaney Drafting and Design, sole proprietorship | 0.00 | 0.00 | | 0.00 | FA |
| 16  open invoices | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 17  Possible worker's compensation claim | Unknown | 0.00 | | 0.00 | FA |
| 18  5 websites | 0.00 | 0.00 | | 0.00 | FA |
| 19  1968 Plymouth Belvidere | 20,000.00 | 20,000.00 | | 12,000.00 | FA |
| 20  1994 Dodge Stealth, dealer value $2,500 | 2,000.00 | 0.00 | | 0.00 | FA |
| 21  1998 Dodge Ram 1500 pickup truck, dealer value $ | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 22  computers, printers, tools, replacement parts | 750.00 | 0.00 | | 0.00 | FA |
| 23  2 cats | 0.00 | 0.00 | | 0.00 | FA |
| 24  hand and power tools, with estimated retail valu | 600.00 | 167.00 | | 0.00 | FA |
| **24  Assets  Totals** (Excluding unknown values) | **$32,410.00** | **$25,460.00** | | **$12,000.00** | **$0.00** |

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 13-83014 | **Trustee:** (330370)  BERNARD J. NATALE |
| **Case Name:** DULANEY, RUSSELL JAMES, III | **Filed (f) or Converted (c):** 08/29/13 (f) |
| | **§341(a) Meeting Date:** 09/30/13 |
| **Period Ending:** 07/01/14 | **Claims Bar Date:** 01/06/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property)<br><br>Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Major Activities Affecting Case Closing:**

FINAL REPORT FILED.  FINAL HEARINF SET FOR 4/28/2014.

**Initial Projected Date Of Final Report (TFR):**          **Current Projected Date Of Final Report (TFR):**          March 20, 2014  (Actual)

Printed: 07/01/2014 03:23 PM    V.13.15

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 13-83014 | **Trustee:** BERNARD J. NATALE (330370) |
| **Case Name:** DULANEY, RUSSELL JAMES, III | **Bank Name:** Rabobank, N.A. |
| | **Account:** ********66 - Checking Account |
| **Taxpayer ID #:** **-***0718 | **Blanket Bond:** $472,000.00 (per case limit) |
| **Period Ending:** 07/01/14 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/20/13 | {19} | Action Auctioneering | Sale of car | 1129-000 | 12,000.00 | | 12,000.00 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 11,990.00 |
| 12/16/13 | 101 | ACTION AUCTIONEERING | REF: AUCTIONEER'S FEES & EXPENSES | | | 1,659.33 | 10,330.67 |
| | | | Ref # AUTIONEER' FEE        1,440.00 | 3610-000 | | | 10,330.67 |
| | | | Ref # AUCTIONEER'S        219.33<br>EXPENSES | 3620-000 | | | 10,330.67 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.41 | 10,312.26 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.32 | 10,296.94 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.82 | 10,283.12 |
| 03/12/14 | 102 | ACTION AUCTIONEERING | Ref # AUCTIONEER'S EXPENSES (Error made in payment of Ck 101 paid on 12/16/13 | 3620-000 | | 90.00 | 10,193.12 |
| 04/28/14 | 103 | BERNARD J. NATALE | Dividend paid 100.00% on $1,950.00, Trustee Compensation; Reference: | 2100-000 | | 1,950.00 | 8,243.12 |
| 04/28/14 | 104 | Capital One Bank (USA), N.A. | Distribution paid 56.53% on $3,701.44; Claim# 1; Filed: $3,701.44; Reference: 6381 | 7100-000 | | 2,092.61 | 6,150.51 |
| 04/28/14 | 105 | Capital Recovery V, LLC | Distribution paid 56.53% on $2,038.42; Claim# 2; Filed: $2,038.42; Reference: 9424 | 7100-000 | | 1,152.42 | 4,998.09 |
| 04/28/14 | 106 | eCAST Settlement Corporation, Assignee | Distribution paid 56.53% on $5,832.20; Claim# 3; Filed: $5,832.20; Reference: 0607 | 7100-000 | | 3,297.23 | 1,700.86 |
| 04/28/14 | 107 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 1,700.86 | 0.00 |
| | | | Dividend paid 100.00%        1,675.00<br>on $1,675.00;  Claim#<br>ATTY; Filed: $1,675.00 | 3110-000 | | | 0.00 |
| | | | Dividend paid 100.00%        25.86<br>on $25.86; Claim# EXP;<br>Filed: $25.86 | 3120-000 | | | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 12,000.00 | 12,000.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 12,000.00 | 12,000.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$12,000.00** | **$12,000.00** | |

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 13-83014 | | Trustee: | BERNARD J. NATALE (330370) |
| Case Name: | DULANEY, RUSSELL JAMES, III | | Bank Name: | Rabobank, N.A. |
| | | | Account: | *******66 - Checking Account |
| Taxpayer ID #: | **-***0718 | | Blanket Bond: | $472,000.00  (per case limit) |
| Period Ending: | 07/01/14 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| | Net Receipts : | 12,000.00 |
| | Net Estate : | $12,000.00 |

| | | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | | |
| Checking # *******66 | | 12,000.00 | 12,000.00 | 0.00 |
| | | $12,000.00 | $12,000.00 | $0.00 |

{} Asset reference(s)

Printed: 07/01/2014 03:23 PM    V.13.15